FILED
CLERK, U.S. DISTRICT COURT

FEB 16 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Noelle Beck, DEFENDANT(S). | CASE NUMBER CR 04-630(B)-AHM ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __government + defense__, IT IS ORDERED that a detention hearing is set for __February 17,__ __2010__, at __4:30__ ☐ a.m. / ☑ p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20__.

312 N. Spring Street, 3d floor

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __2/16/10__   _____
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                                   Page 1 of 1